**UNITED STATES of America, Plaintiff–Appellee**

v.

**Reynol Villarreal SALINAS, Defendant–Appellant.**

No. 13–20199.

United States Court of Appeals, Fifth Circuit.

March 9, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Joanne Marie Musick, Musick & Musick, L.L.P., Houston, TX, Reynol Villarreal Salinas, FDC Oakdale, Oakdale, LA, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Reynol Villarreal Salinas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Villarreal Salinas has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Villarreal Salinas's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

454

*United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Villarreal Salinas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.